# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

JERRY WAYNE SMITH,

        **Plaintiff,**

v.                                              CIVIL NO. 07-3244-SAC

KANSAS DEPARTMENT OF
CORRECTIONS, et al.,

        **Defendants.**

( )    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( x )    **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that this matter is dismissed with prejudice.

Entered on the docket 06/07/10

Dated: June 7, 2010                TIMOTHY M. O'BRIEN, CLERK

                                              s/S. Nielsen-Davis
                                              **Deputy Clerk**